JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ROY MILLER, | Case No. 2:19-cv-3414-AB-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN CATES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 08, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE